No. 04–510.  RICCARDO *v.* RAUSCH.  C. A. 7th Cir.  Certiorari denied.

No. 04–589.  BRINK'S CO., FKA PITTSTON CO., ET AL. *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–602.  NAMER ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir.  Certiorari denied.

No. 04–626.  GLENDALE FEDERAL BANK, FSB *v.* UNITED STATES; and

No. 04–786.  UNITED STATES *v.* GLENDALE FEDERAL BANK, FSB.  C. A. Fed. Cir.  Certiorari denied.

No. 04–722.  MARTIN BROS. CONTAINER & TIMBER PRODUCTS CORP. ET AL. *v.* MARTIN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–727.  COVAD COMMUNICATIONS CO. ET AL. *v.* BELL-SOUTH CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–736.  DAIMLERCHRYSLER CANADA, INC., ET AL. *v.* JAYNES ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 04–740.  SSA GULF, INC. *v.* MAGEE.  C. A. 5th Cir.  Certiorari denied.

No. 04–742.  DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 04–748.  WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *v.* BARBOUR ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 04–766.  LAMERS DAIRY, INC. *v.* DEPARTMENT OF AGRICULTURE.  C. A. 7th Cir.  Certiorari denied.

No. 04–768.  CERVINI *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.